149 So. 923
### W. W. SUMMERFORD v. Ada EVANS pro Ami.
### 8 Div. 519.

Supreme Court of Alabama.
Oct. 5, 1933.

J. N. Powell, of Hartselle, for appellant.
T. C. Almon, of Decatur, for appellee.

BOULDIN, Justice.

The charges refused to defendant, so far as not erroneous or misleading, were fully covered by the oral charge of the court.

No other question being presented, the judgment is affirmed.

Affirmed.

ANDERSON, C. J., and GARDNER, and FOSTER, JJ., concur.

---

148 So. 915
### S. G. SWAIM v. ALABAMA HOME BLDG. & LOAN ASS'N.
### 6 Div. 371.

Supreme Court of Alabama.
May 25, 1933.

PER CURIAM.

Appeal dismissed by appellant.

---

148 So. 915
### Alice WILLIAMS v. Henry WILLIAMS.
### 8 Div. 457.

Supreme Court of Alabama.
May 18, 1933.

PER CURIAM.

Appeal dismissed for want of prosecution

---

150 So. 921
### Jack WOMACK v. STATE.
### 7 Div. 227.

Supreme Court of Alabama.
Dec. 7, 1933.

PER CURIAM.

Appeal dismissed by appellant.